**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-39655 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|---|---|---|
| Case Name: | ARGON X LLC | | | | Date Filed (f) or Converted (c): | 01/11/2017 (c) |
| | | | | | 341(a) Meeting Date: | 01/31/2017 |
| For Period Ending: | 03/31/2022 | | | | Claims Bar Date: | 05/30/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account at Elk Grove Village Bank & Tru | 62.01 | 62.01 | | 0.00 | FA |
| 2. Princeton Alternative Funding Settlement Reserve | 1,487,400.46 | 0.00 | | 0.00 | FA |
| 3. Notes Receivable: Consumer Loan Portfolio Aggreg | 34,514,736.99 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $36,002,199.46 | $62.01 | | $0.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THIS CASE IS JOINTLY ADMINISTERED WITH ARGON CREDIT, LLC CASE NO. 16-39654
3/31/2022: During this period, litigation continues against one defendant and settlement payments continue.
03/31/2021: During this period all litigation and negotiations continues.
03/31/2020: During this period, Negotiations with creditor continues. Fraudulent transfer litigation with third parties continues.
03/31/2019: During this period, Trustee received more funds from preference settlements. Litigation with FRS continues (dk)
03/31/2018: Investigation into fraudulent transfers and preferences. Litigation with creditors continues; Princeton, secured creditor, has filed bankruptcy complicating this case.(dk)
06/02: MT to Retain Shelly DeRousse as special counsel filed; hg 06/20 (dk)
05/17: Creditors requested an election of Trustee; will hire special counsel to file objection (dk)
05/11: Order entered employing L. West as accountant (dk)
05/03: Motion filed to Employ Lois West as accountant, Hg 05/10 (dk)
04/17/2017: EC appointed as successor Trustee. Will retain counsel. (dk)
04/13/2017: EC Appointed Trustee after resignation of Debbie Ebner. This is a converted 11 and jointly administered with Argon Credit LLC. case no. 16-39654 (dk)
THIS CASE IS JOINTLY ADMINISTERED WITH ARGON CREDIT, LLC CASE NO. 16-39654

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | Imported from original petition Doc# 23 Listed on ARGON CREDIT LLC Form 1 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 23 Listed on ARGON CREDIT LLC Form 1 FRS aka Princeton has a lien against all collateral of Debtor (see Argon Credit, LLC) |

Initial Projected Date of Final Report (TFR): 12/31/2019       Current Projected Date of Final Report (TFR): 03/31/2023

Trustee Signature:     /s/ KAREN R. GOODMAN      Date: 06/29/2022

KAREN R. GOODMAN
135 S. LaSalle Street
Suite 3950
Chicago, IL 60603
641-6777
kgoodman@cranesimon.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-39655　　　　　　　　　　　　　　　　　　　　　　　　Trustee Name: KAREN R. GOODMAN
Case Name: ARGON X LLC　　　　　　　　　　　　　　　　　　　　Bank Name:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#:
Taxpayer ID No: XX-XXX9196　　　　　　　　　　　　　　　　　　Blanket Bond (per case limit): $53,755,125.00
For Period Ending: 03/31/2022　　　　　　　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:　　　　$0.00　　　　$0.00

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:    /s/ KAREN R. GOODMAN    Date: 06/29/2022

KAREN R. GOODMAN
135 S. LaSalle Street
Suite 3950
Chicago, IL 60603
641-6777
kgoodman@cranesimon.com

Page Subtotals:     $0.00     $0.00